Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| G.R., <br><br> Plaintiff, <br><br> vs. <br><br> JARED VILLARREAL-GOMEZ, <br><br> Defendant. | **ORDER GRANTING EX PARTE MOTION TO PROCEED PSEUDONYMOUSLY** <br><br> Case Number: 2:23-cv-00521-DAK <br> Judge: Dale A. Kimball |

Plaintiff requested this Court to issue an *ex parte* order allowing him to appear in this case pseudonymously under his initials G.R. After reviewing the request and for good cause and exceptional circumstances appearing herein, the Court hereby GRANTS the request.

Plaintiff may appear as G.R. in the records of this case. His interest in privacy, the risk of causing him further harm, and because the subject of this case is highly sensitive, it is appropriate to protect the identity of the Plaintiff from the general public.

SO ORDERED August 14, 2023.      BY THE COURT:

*Dale A. Kimball*
*United States District Judge*